CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: GLENN M. PRENTICE ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Case Number 08-804(RJL) |
| ) | |
| USDC FOR THE EASTERN ) | Category G |
| DISTRICT OF MICHIGAN, ) | |
| ET AL. ) | |
| Defendants ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on May 16, 2008 from Judge Colleen Kollar-Kotelly to Judge Richard J. Leon by direction of the Calendar Committee.

(Case Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Leon & Courtroom Deputy
Judge Kollar-Kotelly & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk