UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 0 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GLENN M. PRENTICE,             :
                               :
       Petitioner,             :
                               :
v.                             :       Civil Action No. 08-0804 (RJL)
                               :
THE UNITED STATES DISTRICT COURT :
FOR THE EASTERN DISTRICT OF MICHIGAN, :
*et al.*,                      :
                               :
       Respondents.            :

## MEMORANDUM OPINION

This matter is before the Court on this *pro se* petition for writ of habeas corpus. The Court will dismiss this action with prejudice.

It appears that petitioner owned real property in Clinton Township, Michigan until it allegedly was seized and sold at auction in 2007 without proper notice to him in violation of his right to due process. His attempts in the Michigan state courts to set aside the foreclosure and to recover the property appear to have been unsuccessful as was a civil rights suit brought in the United States District Court for the Eastern District of Michigan. In this action, petitioner demands an Order "remand[ing] this cause of action to the United States District Court for the District of Michigan Southern Division to reinstate the case and grant" him a jury trial. "Brief in Support Petition Application Complaint for Writ of Habeas Corpus – Habeto Tibi Rees Tuas" at 24.

Assuming without deciding that petitioner states a cognizable claim, the relief he demands is not available. Generally, a federal district court cannot review decisions rendered by

1

another district court. Rather, the courts of appeals "shall have jurisdiction of appeals from all final decisions of the district courts of the United States." 28 U.S.C. § 1291. Nor is there any authority for a federal district court to compel a state court to act. *See Fleming v. United States*, 847 F.Supp. 170, 172 (D.D.C. 1994) (applying *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 482 (1983)), *aff'd*, No. 94-5079, 1994 WL 474995 (D.C. Cir. July 27, 1994), *cert. denied*, 513 U.S. 1150 (1995).

    The Court will dismiss this action. An Order consistent with this Memorandum Opinion will be issued separately on this same date.

/s/ Richard J. Leon
RICHARD J. LEON
United States District Judge

Date:

6/2/08