UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLENN M. PRENTICE, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civil Action No. 08-0804 (RJL) |
| : | |
| THE UNITED STATES DISTRICT COURT : | |
| FOR THE EASTERN DISTRICT OF MICHIGAN, : | |
| *et al.*, : | |
| : | |
| Respondents. : | |

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum, it is hereby

ORDERED that the petition is DISMISSED WITH PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

Date:
6/2/08