UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Original

**Glenn Prentice**
Plaintiff

vs.                                                                  Civil Action No. 08-804 (RJL)

**U.S. District Court for the Eastern District of Michigan**
Defendant

## NOTICE OF APPEAL

Notice is hereby given this **24th** day of **June**, 20**08**, that **Glenn Prentice, Petitioner** hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgement of this Court entered on the **3rd** day of **June**, 20**08**, in favor of **The United States District Court for the Eastern Dist. of Michigan** against said **Glenn Prentice, Petitioner**.

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days in the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

**RECEIVED**
JUN 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT