United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

08-CV-0804(RJL)

USCA No. _____

## MOTION FOR WAIVER OF FEES

I, __Glenn Prentice__, declare that because of my poverty I am unable to prepay the costs of retrieval and photocopying the requested documents in the above case. My affidavit is attached.

I believe I am entitled to these documents because:
(Provide a statement of the reasons you wish to present to the Court. You may continue on the other side of this sheet if necessary.)

A series of events has put me in a position financially that I am raising five children on less than 2000.00 month. It began in October 2001 with my wife's illness. She lost 70% of her brain and as of today, she still has the mental capacity of a child 8-10 yrs old. I was also hit by a driver over two years ago that put me out of work for eight months. I currently do not have a job, but am in pursuit of one.

Signature _____
Name of Requester (Print) __Glenn M. Prentice__
Address __37655 Palmer,
Clinton Township, Michigan 48036__

Submit original to:

Clerk
U.S. Court of Appeals for the D.C. Circuit
U.S. Courthouse, Room 5523
Washington, D.C. 20001

**RECEIVED**
JUN 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

USCA Form 53b
(Rev 7/2007)

United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

## AFFIDAVIT IN SUPPORT OF MOTION TO WAIVE FEES

I swear (affirm) that the responses which I make below to the questions concerning my ability to pay the costs as stated in the motion are true.

1. Are you presently employed?        ☐ Yes    ☒ No

    a. If the answer is "yes", state the amount of your salary or wages per month and give the name and address of your employer. (List both gross and net salary.)

    b. If the answer is "no", state the date of your last employment and the amount of the salary and wages per month which you received.

    4-23-07 To 6-19-08 Moceri Produce Inc. I was commissioned based Salary at 1300"wk & dropped to 250"week

2. Have your received within the past twelve months any income or property from any of the following sources?

    a. Business, profession or other form of self-employment?    ☒ Yes  ☐ No
    b. Rent payments, interest, or dividends?                     ☐ Yes  ☒ No
    c. Pensions, annuities or life insurance policies?            ☐ Yes  ☒ No
    d. Gifts or inheritances?                                     ☐ Yes  ☒ No
    e. Any other sources?                                         ☒ Yes  ☐ No

    If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

    As Previously Stated, I was working up till recently, but income dropped each month until it wasn't worth it anymore, I also receive $346.00 per month for my two youngest minors as a SSI Disability benefit from their mother.

USCA Form 53b
(April 2000)

3. Do you own any cash or checking or savings accounts (including joint accounts)? ☒ Yes ☐ No

   a. If the answer is "yes", state the total value of the items owned. $ _126 00_

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No

   a. If the answer is "yes", describe the property and state its approximate value.

   _Just my home which is in Litigation for wrongful foreclosure_

5. List any persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _David Prentice - Son_
   _James Prentice - Son_
   _Daniel Prentice - Son_
   _Glenn M. Prentice JR - Son_
   _Carl Schroeder - Guardian to him_

   _what little that has been divided amongst all of them for food and shelter_

I declare under penalty of perjury that the forgoing is true and correct.

Signature of Applicant _[signature]_
Name of Requester (Print) _Glenn M. Prentice_
Address _37655 Palmar_
_Clinton Township, Michigan 48036_

Executed on (date) _6-24-08_

USCA Form 53b
(April 2000)